CIV-DIMITROULEAS

ROSENBAUM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

Peter Reisenthel d/b/a Reisenthel
Accessories, a German citizen,

        Plaintiff,

vs.

R.S.V.P. International, Inc.
a Washington State Corporation,
CHEF TOOLS NETWORK, Inc.
a Washington State Corporation,
and AMAZON.COM, a Delaware
Corporation.
        Defendants.

CASE NO.:

07-61855



FILED by ___ D.C.
INTAKE

DEC 19 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Peter Reisenthel d/b/a Reisenthel Accessories, by and through the undersigned

counsel, brings this action for patent infringement against Defendants RSVP International, Inc.,

Chef Tools Network, Inc. and Amazon.com, Inc. and states and alleges as follows:

### JURISDICTION AND VENUE

1.     Jurisdiction of this Court with respect to the claims set forth herein arises under

the patent laws of the United States, as set forth in Title 35, United States Code. Jurisdiction is

also conferred pursuant to 28 U. S.C. §§ 1331 and 1338.

2.     The Court has personal jurisdiction over Defendants because Defendants each

conduct business in this District. Defendants have further purposefully availed themselves of the

opportunity to conduct commercial activities in this forum, and this Complaint arises out of those

activities.  The publication and sale of the infringing product in Florida is causing an ongoing injury to Plaintiff.

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Defendants have sold or offered for sale infringing products in this District and conduct regular business in this District.

## PARTIES

4.      Plaintiff Peter Reisenthel is a German citizen who owns and does business under Reisenthel Accessories, Zeppelinstrasse 4, Gilching, Germany 82205, collectively referred to as "Reisenthel."   Reisenthel develops high quality, multifunctional houseware and shopping products that are used in daily life, both in the home and at the office.  For more than 30 years, the name Reisenthel has been synonymous with modern innovative design.  Reisenthel develops the product lines and markets the products through Reisenthel's own distribution system.  Many of the Reisenthel products have received notable design awards internationally.

5.      Upon information and belief, Defendant R.S.V.P. International, Inc. ("RSVP") is a corporation organized and existing under the laws of the State of Washington, and has its corporate headquarters and principal place of business at 4021 13th Avenue West, Seattle, WA 98119-1350.  RSVP is a wholesale supplier and/or manufacturer of merchandise.  RSVP maintains a website at www.rsvp-intl.com.  Upon information and belief, RSVP sells its merchandise in all of the fifty (50) U.S. states through the following online stores: www.broadwaypanhandler.com; www.cheftools.com; www.cookswarehouse.com; www.kitchenkapers.com; www.spoonsnspice.com; www.organizeit-online.com; www.tabletalk.com; www.kitchenkitchen.com; and The Tubular Spice Company.  Upon information and belief, RSVP also has retail locations.

6.      Upon information and belief, Defendant Chef Tools Network, Inc. ("CHEF

TOOLS") is a corporation organized, and existing under the laws of the State of Washington,

and has its corporate headquarters and principal place of business at 309 S. Cloverdale Street

C35, Seattle, WA 98108.  CHEF TOOLS is an online retailer at www.cheftools.com and sells

merchandise in all of the fifty (50) U.S. states through its web site.  Upon information and belief,

CHEF TOOLS is an authorized and approved seller of RSVP merchandise and does in fact sell

RSVP merchandise.

7.      Upon information and belief, Defendant Amazon.com, Inc. ("AMAZON") is a

corporation organized, and existing under the laws of the State of Delaware, and has its corporate

headquarters and principal place of business in Seattle, Washington.  AMAZON is, among other

things, an online retailer at www.amazon.com and sells merchandise in all of the fifty (50) U.S.

states through its web site.

## FACTS

8.      On August 16, 2005, U.S. Design Patent No. D508,322, entitled "CARRY BAG"

(hereinafter "the '322 patent"), was duly and legally issued to Plaintiff Peter Reisenthel by the

United States Patent and Trademark Office, on an application filed on July 24, 2003.  A true and

correct copy of the '322 patent is **attached hereto as Exhibit A.**

9.      Plaintiff is the owner by assignment of the '322 patent from the inventor, Katja

Horst.

10.     The '322 patent remains in full force and effect.

11.     Plaintiff designs, manufactures, sells and distributes its merchandise, including

but not limited to a bag corresponding to the design in the '322 patent, which is referred to herein

as the "CARRYBAG."  The CARRYBAG is similar to what consumers in the United States

would refer to as a shopping basket.

12.    Plaintiff maintains its website with its merchandise on www.reisenthel.com, www.reisenthel.de and www.reisenthel.jp. All Reisenthel websites include the CARRYBAG, which is offered in a variety of solid colors and fashionable patterns. **See Exhibit B, attached hereto**.

13.    Reisenthel is the sole distributor of its products, including the CARRYBAG, in the United States. Reisenthel also uses sub-distributors to market certain of its products; however, all sales of Reisenthel products in the United States pass through the quality control of Reisenthel.

14.    Upon information and belief, Defendants RSVP, CHEF TOOLS and AMAZON have each made, used, imported, offered for sale and/or sold a shopping basket covered by the claim in the '322 patent (hereinafter referred to as "the accused products").

15.    Upon information and belief, the accused products are identified by Defendants as "COLLAPSIBLE NYLON SHOPPING BASKET", "COLLAPSIBLE SHOPPING BASKET", and "SHOPPING BASKETS" and are offered in various colors.

16.    The accused products are identical to the CARRYBAG covered by the claim in the '322 patent. **Exhibit C is a compilation of photographs of the accused products.**

## COUNT I:

## PATENT INFRINGEMENT AGAINST ALL DEFENDANTS

17.    Plaintiff re-alleges and incorporates the allegations of paragraphs 1 through 16 as if fully set forth herein.

18.     Without the consent of Plaintiff, Defendants RSVP, CHEF TOOLS and AMAZON have each infringed the '322 patent by making, using, selling and/or offering for sale infringing products covered by the claim of the '322 patent in this District and elsewhere in the United States, and will continue to do so unless enjoined by the Court.

19.     Defendants RSVP, CHEF TOOLS and AMAZON's infringement of the '322 patent has irreparably damaged Plaintiff in an amount that is unknown and cannot at the present time be ascertained, and will cause added injury and loss unless Defendants are enjoined by this Court.

20.     Without the consent of Plaintiff, Defendants have actively induced infringement and/or contributed to the infringement, and are still actively inducing and/or contributing to the infringement of the '322 patent, and will continue to do so unless enjoined by the Court.

21.     Defendants inducement of infringement and contributory infringement of the '322 patent has irreparably damaged Plaintiff in an amount that is unknown and cannot at the present time be ascertained, and will cause added injury and loss unless Defendants are enjoined by this Court.

WHEREFORE, Plaintiff prays for the following relief:

A.      Judgment for Plaintiff on its causes of action for patent infringement of United States Design Patent No. D508,322;

B.      That the Court preliminarily and permanently enjoin Defendant R.S.V.P. International, Inc., Defendant Chef Tools Network, Inc. and Defendant Amazon.com, Inc. and anyone acting in concert with Defendants, from infringing the '322 patent as provided in 35 U.S.C. § 283, and specifically barring Defendants and anyone else in concert with Defendants, from making, using, selling or offering for sale products that infringe the '322 patent;

C.      That the Court award Plaintiff damages, as provided by 35 U.S.C. §§ 284 and 289, in an amount to be proved at trial, resulting in the infringement of the '322 patent by Defendant R.S.V.P. International, Inc., Defendant Chef

Tools Network, Inc. and Defendant Amazon.com, Inc.;

D.        That the Court award Plaintiff its costs in this action, together with reasonable attorneys' fees as provided in 35 U.S.C. § 285.

E.        That Plaintiff be awarded such other and further relief, general and special, at law or in equity, which this Court, in its discretion, may deem just and proper.

## Jury Demand

Plaintiff hereby demands a jury trial.

DATED this 19th day of December, 2007.

Respectfully submitted,

MAYBACK & HOFFMAN, P.A.
Attorneys for Plaintiff Peter Reisenthel
5722 S. Flamingo Rd. #232
Fort Lauderdale, Florida 33330
Telephone:  (954) 704-1599
Facsimile:  (954) 704-1588
Email:        cathy@mayback.com

Gregory L. Mayback, Esq.
Florida Bar No. 964247
Catherine F. Hoffman, Esq.
Florida Bar No. 828459

# EXHIBIT A

The United States of America



## The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*

*Director of the United States Patent and Trademark Office*

US00D508322S

(12) **United States Design Patent**
Horst

(10) **Patent No.:** **US D508,322 S**

(45) **Date of Patent:** \*\* **Aug. 16, 2005**

(54) **CARRY BAG**

(75) Inventor: **Katja Horst**, München (DE)

(73) Assignee: **Peter Reisenthel**, Puchheim (DE)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/187,011**

(22) Filed: **Jul. 24, 2003**

(30) **Foreign Application Priority Data**

| Jan. 25, 2003 | (DE) | ........................................ | 203 01 158 |
| Feb. 13, 2003 | (DE) | ........................................ | 4 03 01 178 |
| May 15, 2003 | (EM) | .............................................. | 30630 |

(51) LOC (8) Cl. ...................................................... **03-01**
(52) U.S. Cl. ...................................................... **D3/315**
(58) **Field of Search** ......................... D3/201, 232, 233,
D3/239, 240, 241, 242, 243, 244, 245,
246, 247, 248, 249, 303, 304, 306, 307,
308, 309, 312, 314, 315; D11/148; 150/100,
102, 107, 110, 118, 129, 130, 131, 132,
143, 146; 190/100, 107, 110, 112, 113,
115, 119, 900, 902, 903; 383/10, 29, 42,
93, 95, 97, 98, 104, 109, 117, 121.1, 127,
901; 206/305; 217/122, 123, 124, 125;
220/575, 676, 669, 772; 224/240, 242,
259, 269, 647, 667, 668; 229/104, 114,
117

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 665,731 | A | \* | 1/1901 | Engberg | ..................... | 229/114 |
| 674,358 | A | \* | 5/1901 | Haskell | ..................... | 217/124 |
| 821,010 | A | \* | 5/1906 | Wilcox | ..................... | 217/122 |
| D234,616 | S | \* | 3/1975 | Meyers | ..................... | D3/304 |

| 4,941,586 | A | \* | 7/1990 | Tama | ..................... | 220/772 |
| D382,999 | S | \* | 9/1997 | Rehrig | ..................... | D3/314 |

FOREIGN PATENT DOCUMENTS

| DE | 1 727 705 | 8/1956 |
| DE | 1 918 837 | 7/1965 |
| DE | 1 941 004 | 6/1966 |
| DE | 86 16 885 | 11/1986 |
| DE | 295 13 638 | 12/1995 |
| DE | 297 14 244 | 2/1998 |
| DE | 197 11 915 | 10/1998 |
| FR | 932 019 | 3/1948 |
| FR | 1 127 605 | 12/1956 |
| WO | 95/25658 | 9/1995 |

\* cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Monica A Weingart
(74) *Attorney, Agent, or Firm*—Ladas & Parry

(57) **CLAIM**

The ornamental design for a carry bag, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a carry bag showing my new design;
FIG. **2** is a left side elevational view thereof, the right side view being a mirror image thereof;
FIG. **3** is a front elevational view thereof, the back view being a mirror image thereof;
FIG. **4** is a top view thereof; and,
FIG. **5** is a bottom view thereof.
The broken line showing of a zipper closure, in FIG. **1**, and feet, in FIGS. **2**, **3**, and **5**, is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



**U.S. Patent**          Aug. 16, 2005          Sheet 1 of 3          **US D508,322 S**



FIG. 1

**U.S. Patent**       Aug. 16, 2005       Sheet 2 of 3       **US D508,322 S**



FIG. 2

FIG. 3

**U.S. Patent**          Aug. 16, 2005          Sheet 3 of 3          **US D508,322 S**



FIG. 4



FIG. 5

# EXHIBIT  B



 wMlSS x11Œ† †•Ê û•t˜^,ÉŒfl Ú,³,ê,Û,µ,½ uCARRY BAG v
,½,,³,ñ,Î,¯–å ‡,¹,ô,¢,½,¾,«, ,ê,ª,Æ,ª,²,¸,ø,Ü, l
±,ì,Ù,©,îƒJƒ‰ [ E•¿,î,±,¿,ç,Â,· B,ª,Ð,²——,¾,³,ø l

 ¨CARRY BAG ¤•if‰ƒCƒ¨ƒiƒbƒv



CARRY BAG/Solid RED @ 5,040 â Âã â j

 ¡ƒŒƒbƒh
,³¡w¨üƒyã ¦ƒW
 @ î•ÊƒTƒCƒg,É¨Ü¨®,µ,Ü, j



CARRY BAG/Solid CUCTUS @ 5,040 â Âã â j

 ¡ƒJƒNƒ^ƒX
,³¡w¨üƒyã ¦ƒW
 @ î•ÊƒTƒCƒg,É¨Ü¨®,µ,Ü, j



CARRY BAG/Print patten DOTS @ 5,250 â Âã â j

 ¡ƒhƒbƒg
,³¡w¨üƒyã ¦ƒW
 @ î•ÊƒTƒCƒg,É¨Ü¨®,µ,Ü, j



CARRY BAG/Print patten BAROQUE SAND @ 5,250 â Âã â j

 ¡ƒoƒ ƒbƒNƒTƒ¨ƒh,³¡w¨üƒyã ¦ƒW
 @ î•ÊƒTƒCƒg,É¨Ü¨®,µ,Ü, j



 wƒNƒ] ƒ¨ ƒbƒTƒ¨"¨ x718   † â i9/25"",̃j Œ¦fl ÚƒAƒCƒeƒ€
CARRY BAG/Solid RED @ 5,040 â Âã â j

 ¡ƒŒƒbƒh
,³¡w¨üƒyã ¦ƒW
 @ î•ÊƒTƒCƒg,É¨Ü¨®,µ,Ü, j

 ¨CARRY BAG ¤•if‰ƒCƒ¨ƒiƒbƒv

# EXHIBIT C



go green! with our Collapsible
Shopping
Baskets

These large capacity, lightweight shopping
baskets are ready for jaunts to the farmer's
market or spontaneous picnics. Since they
fold flat, it's easy to stash one at home and one
in the car. High quality construction and materials ensure long-
lasting durability and service. Choose from red, black or blue nylon.

**RSVP** (800) 275-7787    www.rsvp-intl.com

Circle #157



# Green comes in all shapes and sizes

For shopping anytime, anywhere, our baskets are green and ready to re-use! Generous 18" x 10" x 9" overall size folds flat for easy storage. Also available in black, red, and blue.

## Salad Spinner & Herb Scissors

Our easy-to-turn crank style spinner with brake button is the easiest way to clean fresh greens. Mix and serve them up in the 5-Qt. clear acrylic bowl, and don't forget to add snipped fresh herbs with our Herb Scissors!

**Customer Support: 1-(888)-716-2433 Mon - Fri 9 - 5 PST**                    | 🏠 Home | ✉ Contact Us

nov



*Let's Get You Cooking!*®     **Holiday Shipping 2007**

Home      Specials      Clearance      Gift Certificates      Order Status      Wish List      Gift Registry      Brands

**SEARCH**



**SHOP BY CATEGORY**
- Tools & Gadgets
- Bakeware
- Barware
- Barbeque
- Coffee & Tea
- Cutlery
- Housewares
- Cookware
- Kids in the Kitchen
- Glassware
- Tabletop
- Copperware
- Appliances
- Cookbooks
- Specialty Foods

**BRANDS**
- Ateco
- Be Open
- Bottega del Vino
- Built NY
- Bunn
- Caldrea
- Chef'n
- Cuisipro
- Elizabeth Karmel
- Epicurean
- Gourmet Standard
- India Tree
- Jason Products
- Jill Butler
- John Boos
- LamsonSharp
- La Rochere
- Le Creuset
- Mario Batali
- Mauviel
- Messermeister
- Microplane
- Nigella Lawson
- Outset
- OXO
- Ritrovo Italian Foods
- Revol
- RSVP
- sengWare
- Talisman Designs
- Trudeau

**...MORE BRANDS**

Home  >  RSVP Collapsible Nylon Shopping Basket, Black

**RSVP Collapsible Nylon Shopping Basket, Black**

Out of Stock until December 2007



**View Large Image**

**Item Number:** 10-1090 01

**List Price: $23.99**

**Quantity**    1

( **BUY NOW** ))

( **ADD TO WISH LIST** ))

( **ADD TO GIFT REGISTRY** ))

Bookmark this page!
Refer this page to a friend.

**Features and Benefits:**

- Collapsible for quick storage
- Tear and water-resistant nylon
- Aluminum frame and rubber feet
- Foam padded handle
- Zippered interior compartment

**Product Description:**

The RSVP Collapsible Nylon Shopping Basket is for shopping anytime, anywhere. The large capacity, lightweight shoppin
when you are. For jaunts to the farmer's market or spontaneous picnics, it folds flat for quick storage and is made from
water-resistant nylon with a strong aluminum frame with a soft foam padded handle and rubber feet. Zippered interior c
International creates high quality kitchen tools, gadgets and cooking products with unique designs that will match anyon
Dimensions: 18" x 10" x 9"

**Product Detail:**

| **Manufacturer:** | RSVP | **Dimensions:** | 18" x 10" x9" |
| **Mfr Part #:** | TOTE-BK | **Country of Origin:** | |
| **UPC:** | 053796500292 | **Capacity:** | |
| **Weight:** | | **Colors/Sizes:** | Black, Blue, Red |

Case 0:07-cv-61855-WPD   Document 1   Entered on FLSD Docket 12/19/2007   Page 20 of 23

Customer Support: 1-(866)-716-2433 Mon - Fri 9 - 5 PST                    | 🏠 Home | ✉ Contact Us

nov



**Let's Get You Cooking!®**          Holiday Shipping 2007

Home    Specials    Clearance    Gift Certificates    Order Status    Wish List    Gift Registry    Brands

**SEARCH**

 Go

**SHOP BY CATEGORY**
- Tools & Gadgets
- Bakeware
- Barware
- Barbeque
- Coffee & Tea
- Cutlery
- Housewares
- Cookware
- Kids in the Kitchen
- Glassware
- Tabletop
- Copperware
- Appliances
- Cookbooks
- Specialty Foods

**BRANDS**
- Ateco
- Be Open
- Bottega del Vino
- Built NY
- Bunn
- Caldrea
- Chef'n
- Cuisipro
- Elizabeth Karmel
- Epicurean
- Gourmet Standard
- India Tree
- Jason Products
- Jill Butler
- John Boos
- LamsonSharp
- La Rochere
- Le Creuset
- Mario Batali
- Mauviel
- Messermeister
- Microplane
- Nigella Lawson
- Outset
- OXO
- Ritrovo Italian Foods
- Revol
- RSVP
- sengWare
- Talisman Designs
- Trudeau

**...MORE BRANDS**

Home > RSVP Collapsible Nylon Shopping Basket, Blue

**RSVP Collapsible Nylon Shopping Basket, Blue**



**View Large Image**

**Item Number:** 10-1090 02
**List Price:** $23.99

**Quantity**  1

( BUY NOW )

( ADD TO WISH LIST )

( ADD TO GIFT REGISTRY )

Bookmark this page!
Refer this page to a friend.

**Features and Benefits:**
- Collapsible for quick storage
- Tear and water-resistant nylon
- Aluminum frame and rubber feet
- Foam padded handle
- Zippered interior compartment

**Product Description:**

The RSVP Collapsible Nylon Shopping Basket is for shopping anytime, anywhere. The large capacity, lightweight shoppin when you are. For jaunts to the farmer's market or spontaneous picnics, it folds flat for quick storage and is made from water-resistant nylon with a strong aluminum frame with a soft foam padded handle and rubber feet. Zippered interior c International creates high quality kitchen tools, gadgets and cooking products with unique designs that will match anyon Dimensions: 18" x 10" x 9"

**Product Detail:**

| | | | | |
|---|---|---|---|---|
| Manufacturer: | RSVP | | Dimensions: | 18" x 10" x9" |
| Mfr Part #: | TOTE-BL | | Country of Origin: | |
| UPC: | 053796500308 | | Capacity: | |
| Weight: | | | Colors/Sizes: | Black, Blue, Red |



Customer Support: 1-(866)-716-2433 Mon - Fri 9 - 5 PST                    | 🏠 Home | ✉ Contact Us



Let's Get You Cooking!®          **Holiday Shipping 2007**

Home      Specials      Clearance      Gift Certificates      Order Status      Wish List      Gift Registry      Brands

**SEARCH**



**SHOP BY CATEGORY**

| |
|---|
| Tools & Gadgets |
| Bakeware |
| Barware |
| Barbeque |
| Coffee & Tea |
| Cutlery |
| Housewares |
| Cookware |
| Kids in the Kitchen |
| Glassware |
| Tabletop |
| Copperware |
| Appliances |
| Cookbooks |
| Specialty Foods |

**BRANDS**

| |
|---|
| Ateco |
| Be Open |
| Bottega del Vino |
| Built NY |
| Bunn |
| Caldrea |
| Chef'n |
| Cuisipro |
| Elizabeth Karmel |
| Epicurean |
| Gourmet Standard |
| India Tree |
| Jason Products |
| Jill Butler |
| John Boos |
| LamsonSharp |
| La Rochere |
| Le Creuset |
| Mario Batali |
| Mauviel |
| Messermeister |
| Microplane |
| Nigella Lawson |
| Outset |
| OXO |
| Ritrovo Italian Foods |
| Revol |
| RSVP |
| sengWare |
| Talisman Designs |
| Trudeau |

**...MORE BRANDS**

Home  >  RSVP Collapsible Nylon Shopping Basket, Red

**RSVP Collapsible Nylon Shopping Basket, Red**



**View Large Image**

**Item Number:** 10-1090 03
**List Price:** $23.99

**Quantity**    1

◖ BUY NOW ◗

◖ ADD TO WISH LIST ◗

◖ ADD TO GIFT REGISTRY ◗

Bookmark this page!
Refer this page to a friend.

**Features and Benefits:**

- Collapsible for quick storage
- Tear and water-resistant nylon
- Aluminum frame and rubber feet
- Foam padded handle
- Zippered interior compartment

**Product Description:**

The RSVP Collapsible Nylon Shopping Basket is for shopping anytime, anywhere. The large capacity, lightweight shopping when you are. For jaunts to the farmer's market or spontaneous picnics, it folds flat for quick storage and is made from water-resistant nylon with a strong aluminum frame with a soft foam padded handle and rubber feet. Zippered interior c International creates high quality kitchen tools, gadgets and cooking products with unique designs that will match anyo Dimensions: 18" x 10" x 9"

**Product Detail:**

| | | | |
|---|---|---|---|
| **Manufacturer:** | RSVP | **Dimensions:** | 18" x 10" x9" |
| **Mfr Part #:** | TOTE-RD | **Country of Origin:** | |
| **UPC:** | 053796500315 | **Capacity:** | |
| **Weight:** | | **Colors/Sizes:** | Black, Blue, Red |



Hello. Sign in to get personalized recommendations. New customer? Start here.

Want it by Dec. 24?

Last full day to order using Two-Day Shipping

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

### Home & Garden

Home & Garden | Browse Brands & Products | Bestsellers | Bedding & Bath | Vacuums | Kitchen & Dining | Patio & Garden | Outlet

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.



# RSVP Collapsible Nylon Shopping Basket, Red

Other products by RSVP

No customer reviews yet. Be the first.

**Price: $23.99**

**Availability:** In Stock.
**Want it by Dec.24?** View Chef Tools shipping details. Ships from and sold by **Chef Tools**. Gift-wrap available.



**$23.99** + $6.99 shipping
In Stock. Ships from and sold by **Chef Tools**

**Quantity:** 1

Add to Shopping Cart

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

See larger image
Share your own customer images

## Better Together

Buy this item with RSVP Collapsible Nylon Shopping Basket, Black RSVP today!

 + 

**Buy Together Today: $47.98**
Buy both now!

## Customers Who Bought This Item Also Bought



RSVP Collapsible Nylon Shopping Basket, Blue
$23.99

RSVP Collapsible Nylon Shopping Basket, Black
$23.99

## Product Features

- Collapsible for quick storage
- Tear and water-resistant nylon
- Aluminum frame and rubber feet
- Foam padded handle
- Zippered interior compartment

## Product Details

**Shipping Information:** View shipping rates and policies
**ASIN:** B000TYFLXI
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #22,946 in Home & Garden (See Bestsellers in Home & Garden)
Popular in this category: (What's this?)
#5 in Home & Garden > Leisure & Fitness > Picnic Baskets & Accessories > **Picnic Baskets**

## Product Description

### Product Description
The RSVP Collapsible Nylon Shopping Basket is for shopping anytime, anywhere. The large capacity, lightweight shopping basket is ready when you are. For jaunts to the farmer's market or spontaneous picnics, it folds flat for quick storage and is made from high quality tear and water-resistant nylon with a strong aluminum frame with a soft foam padded handle and rubber feet. Zippered interior compartment. RSVP creates high quality kitchen tools,

℮JS 44  (Rev. 11/05)

# CIVIL COVER SHEET CIV - DIMITROULEAS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Peter Reisenthel d/b/a Reisenthel Accessories

### DEFENDANTS
R.S.V.P. International, Inc. *
Chef Tools Network, Inc.
Amazon.com

**ROSENBAUM**

**(b)** County of Residence of First Listed Plaintiff  Germany
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Catherine Hoffman, Esq.   (954) 704-1599 work
Gregory L. Mayback, Esq.   (954) 704-1588 fax
MAYBACK & HOFFMAN, PA
5722 S. Flamingo Rd #232
Ft. Lauderdale, FL 33330

Attorneys (If Known)

# 07- 61855

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☒ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0 07 CV 61855-WPD-Rosenbaum

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organization |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | FILED by INTAKE D.C. | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | DEC 19 2007 | | |

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO

JUDGE                    DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
35 U.S.C. §§ 283, 284, 289   Design Patent Infringement

LENGTH OF TRIAL via  5-10  days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  December 19, 2007

350 ℮     54/8/23

FOR OFFICE USE ONLY